6

RAY'S CREDIT CLOTHING CO., Inc., Petitioner, v. Sidney L. BAUMAN, Respondent.

(Circuit Court of Appeals, Eighth Circuit. December 20, 1926.)

No. 302, Original.

Petition to Revise Order of the District Court of the United States for the Eastern District of Missouri.

Louis Mayer and Irl B. Rosenblum, both of St. Louis, Mo., for petitioner.

Irvin V. Barth, of St. Louis, Mo., for respondent.

PER CURIAM. Petition to revise dismissed, without costs to either party in this court, per stipulation of parties.